## Commonwealth v. Johnson, Appellant.

Argued June 10, 1969. William M. Heiman, with him Sidney Salkin and Harry Lore, for appellant; James D. Crawford, Assistant District Attorney, with him Victor J. DiNubile, Jr., Assistant District Attorney, Richard A. Sprague, First Assistant District Attorney, and Arlen Specter, District Attorney, for Commonwealth, appellee.

The case is remanded to the court below for correction of sentence.

SPAULDING, J., absent.